# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| LA'SHADION SHEMWELL, in his official capacity as a city council member, and in his individual capacity as a voter in District 1, | § § § § § | |
| And | § § | |
| FLORINE HENRY, | § § | Civil Action Complaint |
| And | § § | Civil Action No. 4:20-cv-00687-SDJ |
| DEBRA FULLER, | § § | JURY DEMAND |
| Plaintiffs, | § § | |
| v. | § § | |
| CITY OF MCKINNEY, TEXAS, | § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(6)

Having reviewed Defendant City of McKinney's Motion to Dismiss Under Rule 12(b)(6), this Court finds that the Motion has merit and should be granted. It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Original Complaint is hereby **DISMISSED** with prejudice.

All relief not granted herein is hereby **DENIED**.

**IT IS SO ORDERED**.