**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION**

| | | |
|---|---|---|
| **LA'SHADION SHEMWELL** | § | |
| **AS COUNCIL MEMBER AND** | § | |
| **IN HIS INDIVIDUAL CAPACITY AS** | § | |
| **A VOTER OF DISTRICT 1** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **FLORINE HENRY** | § | |
| | § | **CIVIL ACTION NO. 4:20-cv-00687** |
| **AND** | § | |
| | § | |
| **DEBRA FULLER** | § | |
| _Plaintiffs,_ | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE CITY OF MCKINNEY, TEXAS** | § | |
| _Defendant._ | § | |

<u>**NOTICE OF APPEARANCE**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, the City of McKinney, Texas ("McKinney") in the above-styled and numbered cause, and files its designation of additional counsel of record and would request that the court records reflect that **WILLIAM W. KRUEGER, III**, State Bar No. 11740530, and **KRISTI KNEEDLER**, State Bar No. 24107834, of the Law Offices of William W. Krueger, III PC are additional counsel for the above named Defendant on said cause of action

Respectfully submitted,

**LAW OFFICES OF
WILLIAM W. KRUEGER, III PC**

*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
***wkrueger@kruegerlaw.org***
**KRISTI KNEEDLER**
***kkneedler@kruegerlaw.org***
2100 Alamo Road, Suite T
Richardson, Texas 75080
214-253-2600
214-253-2626 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.

*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**

***Via Email: shayan@elahilawfirm.com***
Shayan Elahi P.A.
13601 Preston Road
Suite E770
P.O. Box 630827
Irving, Texas
*Attorney for Plaintiff*

***Via Email: khofmeister@bhlaw.net***
Kent Stanley Hofmeister
Brown & Hofmeister, L.L.P.
740 East Campbell Road
Suite 800
Richardson, Texas 75801

*__Via Email: rbrown@bhlaw.net__*
Robert Franklin Brown
Brown & Hofmeister, L.L.P.
740 East Campbell Road
Suite 800
Richardson, Texas 75801
*Attorneys for Defendant*