UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LA'SHADION SHEMWELL, § <br> in his official capacity as a city council § <br> member, and in his individual capacity as § <br> a voter in District 1, and FLORINE § <br> HENRY, and DEBRA FULLER, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CITY OF MCKINNEY, TEXAS, § <br> § <br> Defendant. § | Civil Action Complaint <br><br> Civil Action No. 4:20-cv-00687-SDJ <br><br> JURY DEMAND |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Defendant City of McKinney, Texas.

**SIGNED** this 7th day of October, 2020.

> */s/ Robert F. Brown*
> **Robert F. Brown**
> State Bar No. 03164725
> rbrown@bhlaw.net
>
> **BROWN & HOFMEISTER, L.L.P.**
> 740 East Campbell Road, Suite 800
> Richardson, Texas 75081
> (214) 747-6100 (Telephone)
> (214) 747-6111 (Telecopier)
>
> *Attorney for Defendant*
> *City of McKinney, Texas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.

*/s/ Robert F. Brown*
**Robert F. Brown**