UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LA'SHADION SHEMWELL, § <br> in his official capacity as a city council § <br> member, and in his individual capacity as § <br> a voter in District 1, and FLORINE § <br> HENRY, and DEBRA FULLER, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CITY OF MCKINNEY, TEXAS, § <br> § <br> Defendant. § | **Civil Action Complaint** <br><br> **Civil Action No. 4:20-cv-00687-SDJ** <br><br> **JURY DEMAND** |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Defendant City of McKinney, Texas.

**SIGNED** this 7th day of October, 2020.

/s/ *Michael L. Martin*
**Michael L. Martin**
State Bar No. 24108956
mmartin@bhlaw.net

**BROWN & HOFMEISTER, L.L.P.**
740 East Campbell Road, Suite 800
Richardson, Texas 75081
(214) 747-6100 (Telephone)
(214) 747-6111 (Telecopier)

*Attorney for Defendant*
*City of McKinney, Texas*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.

                                                      /s/ Michael L. Martin
                                                     **Michael L. Martin**