# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**SHEMWELL, ET AL**

v.                                                          Case No. 4:20cv687

**MCKINNEY, TEXAS CITY OF**

PLAINTIFF:  Shayan Elahi, Blerim Elmazi by videoconference

DEFENDANT: Kent Hofmeister, Robert Brown, Michael Martin, William Krueger

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 10/22/20.

**Motion Hearing (de#3)**

| | |
|---|---|
| 9:37 am | The Court called the case, noting the appearance of counsel and parties. |
| 9:39 am | The Court addresses matter concerning injunctive relief. |
| 9:42 am | The Court addresses the Plaintiff's Motion to Dismiss (de#3). |
| 9:43 am | Mr. Hofmeister for the Defendant presents argument to the Court. |
| 10:05 am | Mr. Elahi for the Plaintiffs presents argument to the Court. |
| 10:20 am | The Court presents questions to both counsel. |
| 10:44 am | The court takes the matter under advisement. |
| 10:45 am | Plaintiff sur-reply may be submitted by Friday, October 30, 2020.  Defendant response to sur-reply due by November 6, 2020. |

10:47 am	Court adjourned.