UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LA'SHADION SHEMWELL, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:20-CV-687-SDJ |
| CITY OF MCKINNEY, TEXAS | § | |

## ORDER ON SUPPLEMENTAL BRIEFING

Before the Court is Defendant City of McKinney, Texas's Motion to Dismiss Under Rule 12(b)(6) and Brief in Support. (Dkt. #3). After a hearing on the motion on October 22, 2020, the Court is of the opinion that it would benefit from additional briefing.

It is therefore **ORDERED** that Plaintiffs may file a sur-reply brief of no more than ten pages on or before **October 30, 2020**. It is further **ORDERED** that Defendant may subsequently file a response to the sur-reply of no more than ten pages on or before **November 6, 2020**.

**So ORDERED and SIGNED this 22nd day of October, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE