IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LA'SHADION SHEMWELL, in his official capacity as a city council member, and in his individual capacity as a voter in District 1, et. al. § § § § § | |
| *Plaintiffs*, § | CIVIL ACTION NO. 4:20-cv-00687-SDJ |
| v. § § | |
| CITY OF MCKINNEY, TEXAS § § | |
| *Defendant*. § | |

**PLAINTIFFS' NOTICE OF WITHDRAWING FLORINE HENRY AS PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, La'Shadion Shemwell and Debra Fuller ("Plaintiffs") and give notice to the Court and all parties to the suit, that Plaintiff Florine Henry is withdrawing from this lawsuit, and has been / and shall be removed from the above-captioned case, going forward. The remaining Plaintiffs shall be able and willing to sustain all claims as asserted in the Complaint and no claims are being withdrawn.

Respectfully Submitted,

**Blerim Elmazi, Esq.**
Texas Bar No. 24118375
**MERRITT LAW FIRM, LLC**
1910 Pacific Avenue, Suite 8000
Dallas, TX. 75021
Tel. (888) 647-3041
blerim@leemerrittesq.com

Page 1

**S. Lee Merritt, Esq.**
PA Bar No. 314891
**MERRITT LAW FIRM, LLC**
1910 Pacific Avenue, Suite 8000
Dallas, TX 75201
Tel. (888) 647-3041
lee@leemerrittesq.com

**Shayan Elahi, Esq.**
Texas Bar No. 24080485
**Law Offices of Shayan Elahi**
13601 Preston Road, Suite E770
Shayan@elahilawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Blerim Elmazi*
**Blerim Elmazi**