UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LA'SHADION SHEMWELL, in his official capacity as a city council member, and in his individual capacity as a voter in District 1, and FLORINE HENRY, and DEBRA FULLER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MCKINNEY, TEXAS, <br><br> Defendant. | Civil Action Complaint <br><br> Civil Action No. 4:20-cv-00687-SDJ <br><br> JURY DEMAND |

## NOTICE OF CHANGE OF ADDRESS

TO ALL COUNSEL OF RECORD:

Please take notice that William W. Krueger, III and the Law Office of William W. Krueger, III, P.C. office has moved. The new physical address is 501 W. Lookout, Richardson, Texas, 75080. Email addresses, phone number, and fax number remain unchanged.

Respectfully submitted,

**LAW OFFICES OF
WILLIAM W. KRUGEGER, III PC**

*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
*wkrueger@kruegerlaw.org*
501 W. Lookout
Richardson, Texas 75080
214-253-2600
214-253-2626 – Facsimile

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all attorneys of record in this cause of action in accordance with Federal Rules of Civil Procedure, this 23rd day of March 2021, as follows:

                                                        */s/ William W. Krueger*
                                                   **WILLIAM W. KRUEGER, III**