UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LA'SHADION SHEMWELL, ET AL. | § § | |
| v. | § § § | CIVIL NO. 4:20-CV-687-SDJ |
| CITY OF MCKINNEY, TEXAS | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date, (Dkt. #19), it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED without prejudice**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

**So ORDERED and SIGNED this 27th day of September, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE