# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| LA'SHADION SHEMWELL, in his official capacity as a city council member, and in his individual capacity as a voter in District 1, and DEBRA FULLER, | § § § § § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 4:20-cv-00687-SDJ |
| v. | § § | |
| CITY OF MCKINNEY, TEXAS | § § | |
| *Defendant*. | § | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, La'Shadion Shemwell and Debra Fuller, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order granting Defendant City of McKinney's Motion to Dismiss signed and entered into this cause on September 27, 2021.

Dated: October 21, 2021

Respectfully Submitted,

*/s/ Blerim Elmazi*
BLERIM ELMAZI, ESQ.
State Bar No. 24118375
THE LAW OFFICES OF BLERIM ELMAZI
800 N. Fielder Rd., Suite 100 C
Arlington, TX 76012
(817) 438-0123
Blerim@ElmaziLaw.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 21, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Blerim Elmazi*
**Blerim Elmazi**